**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**(Charlotte Division)**

RICHARD S. GRIFFIN and GRIFFIN FARM &
LANDFILL, INC.

          Case no. 3:05-cv-00514

        Plaintiffs,

v.

          Bankruptcy Court
TOWN OF UNIONVILLE, NORTH CAROLINA,     Adversary Pro. No. 05-03521

        Defendant.

## JOINT STIPULATION AND ORDER CONSENTING TO WITHDRAWAL OF THE REFERENCE

Plaintiffs Richard S. Griffin ("Griffin"), Griffin Farm & Landfill, Inc. ("Griffin Farm") and defendant Town of Unionville, North Carolina ("Town of Unionville", and collectively with Griffin and Griffin Farms, the "Parties"), through their undersigned counsel of record, hereby jointly consent to the Town of Unionville's Motion to Withdraw the Reference from the bankruptcy court. The Parties stipulate and consent to entry of the following order:

(a) The Motion to Withdraw the Reference is GRANTED.

(b) The adversary proceeding pending in the Bankruptcy Court under case no. 05-03521 is hereby TRANSFERRED to this Court to be heard under this caption.

(c) The Defendant's time to respond to the Complaint shall be extended until the <u>later of</u> (i) January 22, 2006 or (ii) fifteen (15) days after execution and entry of this consent order by the Court.

Agreed to this the 19th day of December, 2005.

          /s/ T. Jonathan Adams
          Travis Moon
          Jonathan Adams
          Kevin Profit
          Hamilton Fay Moon Stephens Steel & Martin,
          PLLC

2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244-2020
(704) 227-1071
Attorneys for Griffin Farm & Landfill, Inc.


/s/ R. Keith Johnson
R. Keith Johnson
312 West Trade St., Suite 600
Charlotte, NC  28202
(704) 372-3867
Attorney for Richard S. Griffin


/s/ William L. Esser IV
Thomas N. Griffin III (N.C. State Bar no. 16958)
William L. Esser IV (N.C. State Bar no. 29201)
Allison Edgar (N.C. State Bar no. 33570)
Parker, Poe, Adams & Bernstein, L.L.P.
Three Wachovia Center
401 South Tryon Street, Suite 3000
Charlotte, NC  28202
(704) 372-9000
Attorneys for Defendant

CLT 923822v1
CLT 924385v1

**Signed: December 20, 2005**

Graham C. Mullen
Chief United States District Judge

3