IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05 CV 514

| | |
|---|---|
| RICHARD S. GRIFFIN and GRIFFIN FARM & LANDFILL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF UNIONVILLE, NORTH CAROLINA,<br><br>Defendant. | **AMENDED PRETRIAL CONSENT ORDER** |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Amendment of Pre-Trial Order. Upon consideration of the motion and for other good cause shown, the Court hereby Orders that the Motion is GRANTED, and that Section V of the Pretrial Order and Case Management Plan entered by the Court on March 29, 2006 [Document No. 6] shall be amended to read as follows:

### V. ADR

The method of ADR to be utilized in this case is mediation. The parties agree to conduct mediation by **September 1, 2006**.

**IT IS SO ORDERED.**

Signed: August 1, 2006

Graham C. Mullen
United States District Judge