# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard S. Griffin, et al,

    Plaintiff(s),

vs.

Town of Unionville, NC,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-514

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/31/2008 Order.

Signed: March 31, 2008

Frank G. Johns, Clerk
United States District Court